# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**  12-cv-01063-MSK-MJW | FTR - Courtroom A-502 |
| **Date:**  October 16, 2012 | Courtroom Deputy, Ellen E. Miller |

| _Parties_ | _Counsel_ |
|---|---|
| JOSEPH E. MARTINEZ and<br>JENNIE DARLENE MARTINEZ,<br>as the spouse of Joseph E. Martinez,<br><br>    Plaintiff(s),<br><br>v.<br><br>PLUMBERS AND PIPEFITTERS NATIONAL<br>PENSION PLAN,<br>PLUMBERS AND PIPEFITTERS NATIONAL<br>PENSION FUND,  and<br>BOARD OF TRUSTEES OF THE PLUMBERS AND<br>PIPEFITTERS NATIONAL PENSION FUND,<br><br>    Defendant(s). | Dennis P. Walker<br><br><br><br><br><br><br>Martin D. Buckley<br>R. Richard Hopp  (by telephone) |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:  STATUS   CONFERENCE   (ERISA)**
**Court in Session:**    9:00 a.m.
Court calls case.  Appearances of counsel.

Discussion as to pending motions is held. Plaintiffs' counsel advises the Court that reply briefs are not anticipated as to Plaintiffs' Initial Motion to Supplement and Modify the Administrative Record [Docket No. 15, filed September 14, 2012] and Plaintiffs' Second Motion to Supplement the Administrative Record (AR) [Docket No. 23, filed October 12, 2012].

**It is ORDERED:**     Plaintiffs' MOTION FOR DISCOVERY UNDER ERISA [Docket No. **18**, Filed September 21, 2012] is GRANTED for reasons as set forth on the record.
Deadline for Defendants to respond to the limited discovery as requested in Docket No. 18  is **NOVEMBER 15, 2012.**

Discussion is held regarding current deadlines set in the Scheduling Order.

**It is ORDERED:**   The SCHEDULING ORDER IN AN ERISA ACTION [Docket No. **14,** filed July 30, 2012] (Paragraphs 6d, 6e, and 6f)  is amended as follows:

Plaintiffs shall file their OPENING BRIEF **on or before   DECEMBER 17, 2012**

Defendants shall file their RESPONSE BRIEF **on or before    JANUARY 18, 2013**

Plaintiffs shall file their REPLY BRIEF   **on or before     FEBRUARY 18, 2013**

**It is ORDERED:**    A   **STATUS   CONFERENCE**  is set   **DECEMBER 14, 2012   at 10:00 a.m.**  (Mountain Time)   in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

Out-of-state defense counsel, Mr. Hopp, may appear by telephone, by dialing  (303) 844-2403 at the scheduled time.  Local counsel shall appear in person.

HEARING CONCLUDED.

**Court in recess:**   9:16 a.m.
Total In-Court Time:     00:16

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119  or   Toll Free   1-800-962-3345.